# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA M. YODER, POA, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 19-CV-1274 |
| | : | |
| OFFICE OF THE DISTRICT ATTORNEY, MONTGOMERY COUNTY, *et al.*, | : : : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 2nd day of April, 2019, upon consideration of Plaintiff Cynthia M. Yoder, POA's motion to proceed *in forma pauperis* and *pro se* Complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Ms. Yoder's Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) to the extent that she attempts to state claims on behalf of third parties; the Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, to the extent that she attempts to state claims on her own behalf, for the reasons set forth in the Court's Memorandum. Ms. Yoder may not file an amended complaint in this case.

3. The Clerk of Court shall **CLOSE** this case for all purposes including statistics.

                                                  **BY THE COURT:**

                                                  s/Gene E.K. Pratter
                                                  **GENE E.K. PRATTER, J.**